BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RANDALL W.C. LEONARD (FLBN 0056205)
Assistant United States Attorney

    450 Golden Gate Ave., 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7018
    FAX: (415) 436-7027
    randall.leonard@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOCELYN KIRSCH,<br><br>    Defendant. | Case No. CR 16-479 CRB<br><br>AMENDED<br>STIPULATION AND [<s>PROPOSED</s>]<br>ORDER TO CONTINUE FIRST<br>APPEARANCE ON FORM 12 |

On this Petition for Revocation of Supervised Release ("Form 12"), the parties are scheduled to first appear before the Court on June 7, 2017. In anticipation of that appearance, the parties have worked diligently to provide and review all discovery. The parties have also discussed the potential for a resolution of this matter. These discussions, however, must remain only preliminary until all discovery has been thoroughly reviewed.

In light of these considerations, the parties mutually agree that a short continuance of the first appearance before the Court will benefit both parties—and potentially spare the Court time and resources. For these reasons, the parties jointly request that the first appearance on this matter be

CR 16-479 CRB
STIP & [<s>PROPOSED</s>] ORDER TO CONTINUE     1

July 25, 2017 at 1:30 p.m.
continued to ~~July 12, 2017~~ at 1:30 p.m. In the interim, the government will provide all discovery to counsel for Ms. Kirsch, and the parties will continue to discuss a resolution.

　　　SO STIPULATED.

| | |
|---|---|
|    May 31, 2017<br>Date |    //S//<br>RANDALL LEONARD<br>Assistant U.S. Attorney |
|    May 31, 2017<br>Date |    //S//<br>DOUGLAS RAPPAPORT<br>Attorney for Jocelyn Kirsch |

　　　IT IS SO ORDERED.

June 6, 2017
Date　　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CR 16-479 CRB
STIP & [~~PROPOSED~~] ORDER TO CONTINUE　　　2