UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:  July 11, 2018              Judge:  Honorable Charles R. Breyer

Court Reporter: JoAnn Bryce
Time: 30 Minutes
Case No.:  CR17-0485-1 CRB and CR16-0479-1 CRB
Case Name:  USA v. Jocelyn Sarah Kirsch (Present)(NC)

Attorney(s) for Government: Randall Leonard
Attorney(s) for Defendant(s): Doron Weinberg
Interpreter: N/A
Probation Officer: Monica Romero

Deputy Clerk: Lashanda Scott

PROCEEDINGS

CR16-0479-1 CRB - Court revoked supervision.  The Court sentenced the defendant to the Bureau of Prisons for a term of 7 months.

CR17-0485-1 CRB - Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons for a term of 24 months.  The term of imprisonment imposed by this judgment shall run consecutively with Docket 3:16-cr-00479-1 CRB. Upon release the defendant is placed on supervised release for a term of 3 years under the usual terms and conditions and the special conditions. The Court finds the defendant does not have the ability to pay the fine and orders it waived. Defendant shall pay a special assessment of $100.00.  Defendant shall pay restitution totaling $5,330.27.  Defendant shall self-surrender to the BOP on or before October 17, 2018. The Court recommends to the BOP that she be housed at FCI Dublin. Refer to Judgment for additional information.